1420

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2009–2058.  State ex rel. Daimler Chrysler Corp. v. Indus. Comm.
Franklin App. No. 08AP–1017, 2009-Ohio-5778.

2009–2165.  State ex rel. Pollock v. Lillian & Betty Ratner School, Inc.
In Mandamus.

2009–2209.  State ex rel. Sheppard v. Ohio Dept. of Youth Servs.
In Mandamus.

2009–2217.  Ceccarelli v. Levin.
Board of Tax Appeals, No. 2007–V–391.

## CASE ANNOUNCEMENTS

*January 5, 2010*

[Cite as *01/05/2010 Case Announcements,* 2010-Ohio-6.]

## MOTION AND PROCEDURAL RULINGS

2009–0950.  Meccon, Inc. v. Univ. of Akron.
Franklin App. No. 08AP–727, 182 Ohio App.3d 85, 2009-Ohio-1700. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for admission pro hac vice of Emily Schlesinger by Benjamin C. Mizer,
It is ordered by the court that the motion for admission pro hac vice is granted.

2009–2033.  State v. Garcia.
Butler App. No. CA2009–01–021. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of appellee's motion to strike the memorandum in support of jurisdiction,
It is ordered by the court that the motion is denied. Appellee shall file a memorandum in response within 30 days of the date of this entry.

2009–2234.  Musleve v. Musleve.
Stark App. No. 2009CA00014, 2009-Ohio-5789. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for redaction,
It is ordered by the court that the motion is granted, and appellant shall come to the Supreme Court of Ohio Clerk's office and redact all personal identifiers, as defined by Rule 44(H) of the Rules of Superintendence for the Courts of Ohio, in this case within ten days of the date of this entry.

2009–2332.  In re A.C.
Warren App. No. CA2009–07–098, 2009-Ohio-6242. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon review of the appeal, it appears that the case involves the termination of parental rights/adoption. Accordingly,
It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio that pertain to the termination of parental rights or adoption of a minor